```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 04 B 18926
   SANDRA HOGLUND
                                             CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY

           Debtor
   SSN XXX-XX-8945


--------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 05/13/2004 and was confirmed 08/12/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was paid in full 12/13/2007.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID          PAID
--------------------------------------------------------------------------
AMERICASH                  UNSEC W/INTER NOT FILED              .00            .00
CARSON PIRIE SCOTT         UNSEC W/INTER NOT FILED              .00            .00
ECAST SETTLEMENT CORP      UNSEC W/INTER    4334.70           85.38        4334.70
CITIFINANCIAL              UNSEC W/INTER    1213.95           20.97        1213.95
RESURGENT ACQUISITION LL   UNSEC W/INTER    7118.03          140.30        7118.03
CITIBANK NA                UNSEC W/INTER NOT FILED              .00            .00
RETAILERS NATIONAL BANK    UNSEC W/INTER    3431.58           67.59        3431.58
ROUNDUP FUNDING LLC        UNSEC W/INTER     497.70            9.93         497.70
WORLD FINANCIAL NETWORK    UNSEC W/INTER     280.30            5.71         280.30
WASHINGTON MUTUAL          UNSEC W/INTER NOT FILED              .00            .00
BANK ONE~                  UNSEC W/INTER    5690.12          112.12        5690.12
ECAST SETTLEMENT CORP      UNSEC W/INTER     330.04            5.88         330.04
CARSON PIRIE SCOTT         UNSEC W/INTER     320.99            6.51         320.99
CAPITAL ONE BANK           UNSEC W/INTER    1320.88           26.07        1320.88
CHASE VISA                 UNSEC W/INTER NOT FILED              .00            .00
ECAST SETTLEMENT CORP      UNSEC W/INTER     249.36            4.46         249.36
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY     1,905.20                        1,905.20
TOM VAUGHN                 TRUSTEE                                         1,527.15
DEBTOR REFUND              REFUND                                            419.08

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                     RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE             29,124.00

PRIORITY                                       .00
SECURED                                        .00
UNSECURED                                24,787.65
   INTEREST                                 484.92
ADMINISTRATIVE                            1,905.20
TRUSTEE COMPENSATION                      1,527.15

                PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 04 B 18926 SANDRA HOGLUND
```

```
DEBTOR REFUND                                             419.08
                                     ---------------  ---------------
TOTALS                                     29,124.00        29,124.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

    Dated: 03/27/08                              /s/ Tom Vaughn
                                                _____
                                                TOM VAUGHN
                                                CHAPTER 13 TRUSTEE